IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEARLEY R. GOODWIN, | : | No. 3:13cv646 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Blewitt) |
| WARDEN D. ZICKENFOOSE, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to with, this 21st day of October 2013, it is **HEREBY ORDERED** as follows:

1) Petitioner's objections to the Report and Recommendation (Doc. 13) are **OVERRULED**;

2) The Report and Recommendation of Magistrate Judge Blewitt (Doc. 12) is **ADOPTED**;

3) The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**;

4) The Clerk of Court is directed to **CLOSE** this case; and

5) For the reasons set forth in the accompanying memorandum, we decline to issue a certificate of appealability.

                                              **BY THE COURT:**

                                              s/ James M. Munley
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**